MARY F. STOUGHTON *v.* HENRIETTA GERSCHEL.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE KNICKERBOCKER LIFE INSURANCE COMPANY.— Application of attorney granted.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE KNICKERBOCKER LIFE INSURANCE COMPANY.— Application of attorney granted.

SUSAN PETTIT, *Respondent, v.* ASA PETTIT, *Appellant.*— Motion denied, without costs.

THE ATTORNEY GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY.— Receiver's account filed.

IN THE MATTER OF THE NEW YORK CITY AND NORTHERN RAILROAD COMPANY.— Receiver's account filed.

WILLIAM A. COVERT, *Appellant, v.* HERMAN HENNEBERGER, *Respondent.*— Judgment reversed, new trial ordered, with costs to abide event. Opinion by BRADY, J.

PATIENCE GARDNER, *Appellant, v.* JAMES GARDNER, *Respondent.*— Judgment reversed, new trial granted, costs to abide event. Opinion by BRADY, J.